[No. 38451-1-I.    Division One.    March 23, 1998.]

LESLIE A. LASHER, *as Guardian, Appellant*, v. THE
UNIVERSITY OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-10833-8, George A. Finkle, J., entered
February 29, 1996. *Reversed* by unpublished opinion per
Agid, J., concurred in by Baker, C.J., and Kennedy, J. Now
published at 91 Wn. App. 165.

[No. 39251-4-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN BOWLING
SCOTT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-05954-2, James A. Noe, J., entered April
1, 1996. *Affirmed* by unpublished opinion per Ellington, J.,
concurred in by Kennedy, A.C.J., and Webster, J.

[No. 39295-6-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTA
LYSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01401-0, Thomas J. Wynne, J.,
entered August 26, 1996. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Kennedy, A.C.J., and El-
lington, J.

[No. 39408-8-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY K.
BISSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00982-4, Larry E. McKeeman, J.,
entered September 17, 1996. *Reversed* by unpublished
opinion per Coleman, J., concurred in by Baker, C.J., and
Ellington, J.